# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARY ANN FALLS

vs.                              NO. 3:06CV00010 SWW

MEDTRONIC, INC.

## ORDER

It has come to the Court's attention that plaintiff named Medtronic Corporation as defendant in the complaint filed on January 26, 2006. The motion to dismiss filed by defendant indicates that "Medtronic, Inc." is the proper name for defendant.

Pursuant to such motion, the Clerk is directed to change the name of the file and subsequent documents to reflect defendant as Medtronic, Inc., in this matter.

IT IS SO ORDERED this 24th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE