A CERTIFIED TRUE COPY

FEB 25 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., IMPLANTABLE
DEFIBRILLATORS PRODUCTS
LIABILITY LITIGATION

MDL No. 1726

A true printed copy in __2__ sheet(s) (SEE ATTACHED SCHEDULE)
of the electronic record filed on __2/8/08__
in the United States District Court
for the District of Minnesota.

CERTIFIED, __2-29__, 20__08__.

RICHARD D. SLETTEN

BY: __Janet Mueller__
Deputy Clerk

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Minnesota.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the District of Minnesota with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 25 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SCANNED
FEB 28 2008
U.S. DISTRICT COURT MPLS

IN RE: MEDTRONIC, INC., IMPLANTABLE
DEFIBRILLATORS PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1726

### SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
| DIST. | DIV. | C.A. NO. | DIST. | DIV. | C.A. NO. | CASE CAPTION |
| --- | --- | --- | --- | --- | --- | --- |
| MN | 0 | 06-2877 | ARE | 3 | 06-10 | Mary Ann Falls, etc. v. Medtronic, Inc. |
| MN | 0 | 06-2893 | MSN | 1 | 06-109 | Walter S. Cummings v. Medtronic, Inc. |
| MN | 0 | 06-2539 | NYS | 1 | 06-23 | Samuel Tannenbaum, et al. v. Medtronic, Inc. |
| MN | 0 | 07-3693 | TXS | 4 | 07-813 | Ola Marie Malone v. Medtronic, Inc. |
| MN | 0 | 06-1808 | WVS | 3 | 06-152 | Doris A. LoFiego, etc. v. Medtronic, Inc. |