# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARY ANN FALLS, Individually and**                                    **PLAINTIFF**
**as Administrator of the Estate of**
**Marion Forrest Falls, Deceased,**

       **vs.**                  **Case No. 3:06CV00010 - SWW**

**MEDTRONIC CORPORATION,**                                         **DEFENDANT**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Mary Ann Falls, for her Motion for Voluntary Dismissal Without Prejudice states:

1. This case was originally filed in this Court.

2. There are no counterclaims pending.

3. Plaintiff asks the Court to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff respectfully asks the Court to dismiss this case without prejudice, and for all other just and proper relief to which she is entitled.

**DATED: April 3, 2008**

                                                   Respectfully submitted,

                                                   **/s/ Steven A. Owings**
                                                   Steven A. Owings
                                                   AR Bar No. 89035
                                                   OWINGS LAW FIRM
                                                   1320 "D" Brookwood Dr.
                                                   Little Rock, AR 72202
                                                   Phone: (501) 661-9999
                                                   Facsimile: (501) 661-8393
                                                   sowings@owingslawfirm.com

                                                   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Steven A. Owings, certify that I have filed a copy of the foregoing motion via CM/ECF with the Clerk for The United States District Court for the Eastern District of Arkansas on this 3rd day of April, 2008.  Notice of filing will be sent via electronic Notice of Filing from the Clerk of this Court upon the parties.

    Claire S. Hancock
    WRIGHT, LINDSEY & JENNINGS
    200 West Capitol Avenue
    Suite 2300
    Little Rock, AR 72201-3699
    (501) 212-1299
    (501) 376-9442 - facsimile
    chancock@wlj.com

    *Attorney for Defendant*

                                    BY:    **/s/ Steven A. Owings**
                                                      Attorney for Plaintiff