IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY ANN FALLS, individually and
as administrator of the Estate of
Marion Forrest Falls, deceased,

v.                            NO. 3:06CV00010 SWW

MEDTRONIC, INC.

### ORDER OF DISMISSAL

Upon plaintiff's motion for a voluntary dismissal without prejudice of this action and counsel for defendant advising the Court that there is no objection to such motion,

IS THEREFORE ORDERED that the above-entitled action hereby is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE